NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alan G. Tippie (CA Bar No. 89587)
  alan.tippie@gmlaw.com
Asa S. Hami (CA Bar No. 210728)
  asa.hami@gmlaw.com
GREENSPOON MARDER LLP
1875 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: 213.626.2311 - Facsimile: 954.771.9264

ATTORNEY(S) FOR: Daniel Kang, Trustee of the Kang Living Trust

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Daniel Kang, Trustee of the Kang Living Trust,<br><br>Plaintiff(s),<br><br>v.<br><br>ALEXANDER KANG, aka ALEX KANG, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>8:26-cv-01462<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for     Daniel Kang, Trustee of the Kang Living Trust
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

*(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)*

| PARTY | CONNECTION / INTEREST |
|---|---|
| Daniel Kang, Trustee of the Kang Living Trust | Plaintiff |
| Alexander Kang, aka Alex Kang | Defendant |
| Infinite Prospects Entertainment LLC, aka Infinite Prospects Entertainment Holdings, LLC, a Nevada limited liability company | Defendant |
| IPE Convention LLC, a Nevada limited liability company | Defendant |
| Infinite Prospects Entertainment Inc., a Delaware corporation, aka Infinite Prospects  Entertainment, LLC, and aka Infinite Prospects Entertainment Holdings, LLC | Defendant |

| June 8, 2026 | /s/ Alan G. Tippie |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Daniel Kang, Trustee of the Kang Living Trust